# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C Atlanta

JAN 0 7 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**1:11-cr-00391-RWS-RGV**
**USA v. Ramirez-Morga et al**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Open Court on 01/07/2013.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 5:45 P.M.          COURT REPORTER: Sharon Upchurch
TIME IN COURT: 3:15                       DEPUTY CLERK: Richard Goss
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [7]Matthew Ware Present at proceedings |
| ATTORNEY(S) PRESENT: | C. Brockington representing USA
Steven Holmes representing Matthew Ware
Michael Smith representing USA
Dwight Thomas representing Matthew Ware |
| PROCEEDING CATEGORY: | Jury Trial Began; |
| MINUTE TEXT: | Voir Dire and jury selection only. Jurors were not sworn. Trial continued until further notice of the court. |